MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: jeff.nedrow@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-00910-DLJ |
|     Plaintiff, | ) | |
|     v. | ) | MOTION TO DISMISS INDICTMENT AND ORDER |
| PEDRO AGUIRRE-SOLORIO, | ) | |
|     Defendant. | ) | SAN JOSE VENUE |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above indictment with regard to this defendant without prejudice.

DATED:     July 10, 2013                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                            _____/s/_____

                                            JEFFREY D. NEDROW
                                            Assistant United States Attorney

MOTION TO DISMISS INDICTMENT
CR 10-00910-DLJ

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00910-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| PEDRO AGUIRRE-SOLORIO, | ) | |
| Defendant. | ) | |

In light of the government's motion, the indictment filed under CR No.:10-00910-DLJ as to defendant Pedrio Aguirre-Solorio is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: _____, 2013

_____
D. LOWELL JENSEN
United States District Judge

MOTION TO DISMISS INDICTMENT
CR 10-00910-DLJ                    2